PENNSYLVANIA RESTAURANT AND LODGING ASSOCIATION, Storms Restaurant and Catering, LLC d/b/a Storms Restaurant, Lawrenceville Brewery, Inc., d/b/a the Church Brew Works, 1215 Incorporated, d/b/a Rita's Italian Ice, Dirt Doctors Cleaning Service LLC, and Modern Cafe Inc.

v.

CITY OF PITTSBURGH

v.

Service Employees International Union Local 32 BJ

Petition of: City of Pittsburgh

v.

City of Pittsburgh, Council of the City of Pittsburgh, and William Peduto, and Service Employees International Union Local 32 BJ

Petition of: City of Pittsburgh, Council of the City of Pittsburgh, and William Peduto

No. 238 WAL 2017
No. 239 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petitions for Allowance of Appeal are **GRANTED**, limited to the issue set forth below. Allocatur is **DENIED** as to all other issues.

The issue, rephrased for clarity, is as follows:

Did the Commonwealth Court err in holding that the State Emergency Management Services Code, the State Disease Prevention and Control Act Law, the Second Class City Code, and the Home Rule Charter and Options Law failed to satisfy the "expressly provided by statute" exception, and that the City of Pittsburgh therefore lacked the authority to pass the Paid Sick Days Act and the Safe and Secure Buildings Act?

The appeals from Nos. 227–230 WAL 2017 and Nos. 236–239 WAL 2017 are hereby **CONSOLIDATED** for briefing and oral argument.

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Shilee DIXSON, Petitioner

No. 276 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.